UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-20858-CIV-O'SULLIVAN
[CONSENT]

LEONEL DOMINGUEZ,
    Plaintiff,
v.

DESIGN BY NATURE CORP.
et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to the parties' Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Case with Prejudice (DE# 37, 10/6/08). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, October 22, 2008**, at **10:30 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED in Chambers at Miami, Florida this **7th** day of October, 2008.

                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
 All counsel of record