UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-20858-CIV-O'SULLIVAN
[CONSENT]

LEONEL DOMINGUEZ,
    Plaintiff,
v.

DESIGN BY NATURE CORP.
et al.,
    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND CLOSING CASE

THIS MATTER came before the Court on the parties' Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Case with Prejudice (DE# 39, 10/6/08).

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid minimum wage and overtime violations under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation.  Id. at 1354.

In this case, there is a <u>bona fide</u> dispute over FLSA provisions, as evidenced by the claims alleged in the complaint. The Court finds that the compromise reached by the parties under the terms of the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

ORDERED AND ADJUDGED that the parties' Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Case with Prejudice (DE# 39, 10/6/08) is **GRANTED**. It is further

ORDERED AND ADJUDGED that the parties' Settlement Agreement is hereby **APPROVED**. It is further

ORDERED AND ADJUDGED that this case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to mark this case as **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida this **23rd** day of October, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record